UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RIVERFRONT LANDING PHASE II
OWNERS' ASSOCIATION,

    Plaintiff,

  v.

ASSURANCE COMPANY OF
AMERICA,

    Defendant/Third-Party
    Plaintiff,

  v.

WESTERN HERITAGE INSURANCE
COMPANY,

    Third-Party Defendant.

Case No. C08-0656RSL

ORDER AWARDING
ATTORNEY'S FEES

On February 23, 2009, the Court issued an order (Dkt. #61, the "Order") denying as moot a motion to stay discovery filed by defendant Assurance Company of America ("defendant"). The Court granted plaintiff's request for an award of attorney's fees pursuant to Federal Rule of Civil Procedure 37(a)(5). The Court found that the filing of the motion was not substantially justified because defense counsel failed to satisfy the meet and confer requirement prior to filing the motion. The Order noted that plaintiff's

ORDER AWARDING
ATTORNEY'S FEES - 1

counsel's declaration stated that he spent "'at least 11.8 hours (a) coordinating the scheduling of these depositions with Mr. Sparling and my staff and (b) preparing the Association's response to' defendant's motion." Order at p. 3 (quoting Hyde Decl. at ¶ 18). The Order explained that plaintiff is not entitled to fees for the time counsel spent scheduling the depositions because counsel would have had to schedule the depositions anyway, and those efforts are not time spent "opposing the motion." Fed. R. Civ. P. 37(a)(5)(B).

At the Court's request, plaintiff's counsel has filed a declaration stating he spent at least 9.2 hours researching and drafting plaintiff's response to the motion and the supporting documents. Counsel's typical hourly rates vary between $250 and $295 per hour in the matters that he bills hourly. Given that the issues presented by the motion were not complex, the Court will use the lower end of the range. Therefore, the Court awards $2,300 in attorney's fees pursuant to Federal Rule of Civil Procedure 37(a)(5). The Court finds that the total amount and the underlying hourly rate are reasonable. Defendant must remit that amount to plaintiff's counsel within thirty days of the date of this order.

DATED this 9th day of March, 2009.

Robert S. Lasnik
United States District Judge

ORDER AWARDING
ATTORNEY'S FEES - 2